```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO.  C 09 0967 MMC |
| ) | |
| Plaintiffs, ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| ) | |
| vs. ) | |
| ) | |
| LANCE SOARES INC., et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS ORDERED that the Case Management Conference in this case set for June 12, 2009 be continued to August 14, 2009 at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: June 5, 2009

_____
Honorable Maxine M. Chesney

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE