```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LANCE SOARES INC., et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO.  C 09 0967 MMC <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for August 14, 2009 be continued to October 16, 2009 at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: August 7, 2009

_____
Honorable Maxine M. Chesney

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE