1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   NORTHWEST ADMINISTRATORS, INC.,   )   NO. C 09 0967 MMC
12                                   )
                                     )   ORDER TO COMPEL
13                                   )   COMPLIANCE WITH
                          Plaintiffs,)   SUBPOENA
14                                   )
          vs.                        )
15                                   )
   LANCE SOARES INC., doing business as)
16 CLEAN SWEEP ENVIRONMENTAL, a      )
   California corporation            )
17                                   )
                           Defendant.)
18 _____ )

19

20         IT IS ORDERED that Kori Haylett  as Office Manager and

21 Custodian of Records of Defendant, LANCE SOARES INC., doing business

22 as CLEAN SWEEP ENVIRONMENTAL, a California corporation, comply no later than October 30, 2009, with

23 the Subpoena in a Civil Case issued by plaintiffs' attorney on ~~October~~ June 11, 2009.

24 ~~16, 2009~~.  Failure to comply ~~could~~ will result in the issuance of an Order

25 to Show ~~Case~~ Cause in Re Contempt. Plaintiff shall serve this order on Kori Haylett and shall file proof of such service no later than October 9, 2009.

26 ~~Dated:_____~~
   Dated: October 2, 2009                    _____
27                                            Honorable Maxine M. Chesney

28


   ORDER TO COMPEL COMPLIANCE WITH SUBPOENA