```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NORTHWEST ADMINISTRATORS, INC., | ) | NO. C 09 0967 MMC |
|---|---|---|
| | ) | |
| | ) | ORDER TO COMPEL |
| | ) | COMPLIANCE WITH |
| Plaintiffs, | ) | SUBPOENA |
| | ) | |
| vs. | ) | |
| | ) | |
| LANCE SOARES INC., doing business as | ) | |
| CLEAN SWEEP ENVIRONMENTAL, a | ) | |
| California corporation | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED that Lance D. Soares as President of Defendant, LANCE SOARES INC., doing business as CLEAN SWEEP ENVIRONMENTAL, a California corporation, comply no later than ~~November~~ December 10, 2009 with the Subpoena in a Civil Case issued by plaintiffs' attorney on June 11, 2009.  Failure to comply will result in the issuance of an Order to Show Cause in Re Contempt.  Plaintiff shall serve this order and a copy of the original subpoena on Lance D. Soares and shall file a proof of service no later than November 10, 2009.

ORDER TO COMPEL COMPLIANCE WITH SUBPOENA

1    IT IS ALSO ORDERED that the Case Management Conference in
2 this case set for ~~October 16~~, 2009 November 13 is continued to ~~November 20~~, December 18 2009 at
3 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San
4 Francisco, CA.

6 Dated: October 15, 2009

7                                               *Maxine M. Chesney*
                                         Honorable Maxine M. Chesney

ORDER TO COMPEL COMPLIANCE WITH SUBPOENA