1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11
   NORTHWEST ADMINISTRATORS, INC.,    )    NO. C 09 0967 MMC
12                                     )
                                       )    ORDER TO COMPEL
13                                     )    COMPLIANCE WITH
                           Plaintiffs, )    SUBPOENA
14                                     )
              vs.                      )
15                                     )
   LANCE SOARES INC., doing business as)
16 CLEAN SWEEP ENVIRONMENTAL, a        )
   California corporation              )
17                                     )
                           Defendant.  )
18 _____)

19

20         Attached hereto and marked Exhibit 1 is a Subpoena to

21 Produce Records.

22         IT IS ORDERED that Lance D. Soares as President of

23 Defendant, LANCE SOARES INC., doing business as CLEAN SWEEP

24 ENVIRONMENTAL, a California corporation, comply no later than February

25 10, 2010 with said Subpoena.  Failure to comply will result in the

26 issuance of an Order to Show Cause in Re Contempt.  Plaintiff shall

27 ~~serve this order and Exhibit on Lance D. Soares and shall~~ serve this

28 order and Exhibit 1 on Lance D. Soares and shall file a proof of

   ORDER TO COMPEL COMPLIANCE WITH SUBPOENA

1    service no later than February 10, 2010.

2           IT IS ALSO ORDERED that the Case Management Conference in

3    this case is set for March 19, 2010 at 10:30 a.m. in Courtroom 7,

4    119th Floor, 450 Golden Gate Avenue, San Francisco, CA.  IF LANCE D.

5    SOARES FAILS TO COMPLY WITH THE SUBPOENA, EXHIBIT 1, HE IS ORDERED TO

6    PERSONALLY APPEAR AT THIS CASE MANAGEMENT CONFERENCE.

7    Dated: December 29, 2009

8                                          Honorable Maxine M. Chesney

ORDER TO COMPEL COMPLIANCE WITH SUBPOENA